IN THE MATTER OF STEPHEN P. RUSSELL, JR. — Order to be entered striking the name of Stephen P. Russell, Jr., from the roll of attorneys and counselors of the several courts of this State. Opinion *Per Curiam.*

# Cases

# THIRD DEPARTMENT,

AT

# GENERAL TERM,

## September, 1882.